ADAM PLOTCH, Appellant, v CITIBANK, N.A., Respondent.

Submitted December 21, 2015; decided January 5, 2016

Motion by Council of New York Cooperatives & Condominiums for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ANGELO RUOTOLO, Appellant, v FANNIE MAE et al., Respondents.

Submitted November 30, 2015; decided January 5, 2016

Motion for reargument denied [see 26 NY3d 983 (2015)].

TONYIA B. WATSON, Appellant, v STATE OF NEW YORK, Respondent. (And Another Action.)

Decided January 5, 2016

Appeals transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

XIU JIAN SUN, Appellant, v WILLIAM YEUNG et al., Respondents.

Decided January 5, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.